verdict reinstated, with costs to appellant. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

HELENA F. COLLINS, Respondent, v. CENTRAL TRUST COMPANY OF ROCHESTER, N. Y., and Another, as Executors, etc., of J. RAYMOND KELLY, Deceased, Appellants.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

DWIGHT C. BROGA, Respondent, v. MILDRED SEELYE, Appellant.— Order affirmed, with ten dollars costs and disbursements, upon the ground that the return was conclusive as to the facts embodied therein; but we do not pass upon the question whether the defendant may have relief by an action in equity. (*Smith* v. *Lowry*, 1 Johns. Ch. 320; *Dobson* v. *Pearce*, 12 N. Y. 156, 165; *Weimer* v. *Guinnane*, 125 Misc. 681; *United States* v. *Throckmorton*, 98 U. S. 61.) All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS G. ALVORD, JR., Appellant. JOSEPHINE ALVORD, Defendant.— Judgment of conviction affirmed. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

MARY WINNEY, Respondent, v. EUNICE D. INGHAM, Appellant.— Judgments and orders affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

JAMES GREGWAY, Respondent, v. EMPIRE BUILDERS SUPPLY COMPANY, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall within ten days stipulate to reduce the verdict as to the first cause of action set forth in the complaint to the sum of $2,454 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

ALBERT WILSON and Another, Copartners, Doing Business under the Firm Name and Style of MUTUAL HEATING COMPANY, Respondents, v. POWSNER-COLLISION, INCORPORATED, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, upon the ground that the finding of the jury that plaintiffs fully performed the stipulations of their written contract is against the weight of the evidence. All concur, except Sears, P. J., and Thompson, J., who dissent and vote for affirmance. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

CAROLINE ORCHARD, as Administratrix, etc., of HARRY J. ORCHARD, Deceased, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

ANNA M. WILLIAMS, as Administratrix, etc., of JOHN J. HOUCK, Deceased, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 14784.) — Judgment and orders affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

ANNA M. WILLIAMS, as Administratrix, etc., of JOHN J. HOUCK, Deceased, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 13776.) — Judgment and orders affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

HUGH F. HANLEY and Another, as Administrators, etc., of ELLEN E. HANLEY,